**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6818**

JESSE ALMENDAREZ,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:21-ct-03089-FL)

Submitted:  November 23, 2021            Decided:  November 30, 2021

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jesse Almendarez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Almendarez appeals the district court's order dismissing his action filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), without prejudice for failure to prosecute and failure to comply with the district court's earlier order. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Almendarez's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We deny Almendarez's motion seeking "Reconsideration of Original Jurisdiction Cases." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*